# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1304. IN RE ESTATE OF GWENDOLYN RAY HILLMON, DECEASED.**

Following the death of Gwendolyn Hillmon, Derrick Hillmon petitioned the Probate Court of Crisp County for Letters of Administration for Gwendolyn's estate. The petition listed Gwendolyn's minor grandson, Maleakhi Hillmon, as one of her heirs-at-law. After the probate court appointed a guardian ad litem to represent Maleakhi, the child's mother, Cherese Hillmon, moved to recuse the judge. The probate court denied that motion noting, inter alia, that it was untimely. Cherese then filed this direct appeal. We, however, lack jurisdiction.

Given that Crisp County does not have a population in excess of 90,000 persons, Cherese has no right of appeal to this Court from an order of the Crisp County Probate Court.  See OCGA § 15-9-123 (a) & § 15-9-120 (2).  Rather, any order of the Crisp County Probate Court must be appealed to the superior court.  See OCGA § 5-3-2 (a).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988). Accordingly, this appeal is hereby TRANSFERRED to the Superior Court of Crisp County.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __05/09/2023__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*